UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TEVIS COOPER,

    Petitioner,

v.                                                        Case No.  5:10-cv-529-Oc-23MAP

WARDEN, FCC COLEMAN-MEDIUM,

    Respondent.
_____/

## ORDER DISMISSING PETITION

Cooper filed an "Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in State or Federal Custody" (Doc. 1).  However, Cooper failed to pay the required filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the case.  Pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, Cooper's application is **DISMISSED WITHOUT PREJUDICE**.  See also 28 U.S.C. § 1914(a).

Within thirty days of commencing a new action, Cooper must either pay the required filing fee or move to proceed in forma pauperis.  The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motion, and close the case.

ORDERED in Tampa, Florida, on November 16, 2010.

                                                                              STEVEN D. MERRYDAY
                                                                UNITED STATES DISTRICT JUDGE